**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ACCELERATED ANALYTICS, LLC.** | ) | **CASE NO. 5:15-CV-01565-JRA** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE JOHN R. ADAMS** |
| **v.** | ) | |
| | ) | |
| **ASKUITY, INC.** | ) | |
| | ) | **JOINT MOTION TO SET A** |
| **Defendant.** | ) | **NOVEMBER 5, 2015 DATE FOR THE** |
| | ) | **FILING OF DEFENDANT'S RESPONSE** |
| | ) | **TO COMPLAINT** |

Plaintiff Accelerated Analytics, LLC ("Plaintiff") and Defendant Askuity, Inc. ("Defendant")(Defendant and Plaintiff collectively, the "Parties") agree to, and jointly and respectfully move the Court for, a **November 5, 2015** due date upon which Defendant must file its response to Plaintiff's Complaint (E.C.F. 1).

As described in the attached memorandum, this date being proposed in light of the Parties' discussions on a possible resolution of the case. A Memorandum in Support of this Motion is attached.

                                                Respectfully submitted,

| | |
|---|---|
| /s/: Kristen S. Moore | /s/: Philip R. Bautista |
| Hamilton DeSaussure Jr. (0023516) | Philip R. Bautista (0073272) |
| Kristen S. Moore (0084050) | TAFT STETTINIUS & HOLLISTER LLP |
| DAY KETTERER LTD. | 200 Public Square, Suite 3500 |
| 581 Boston Mills Road, Suite 400 | Cleveland, OH 44114-2302 |
| Hudson, Ohio 44236 | Telephone (216) 241-2838 |
| Telephone (330) 650-6608 | Facsimile (216) 241-3707 |
| Facsimile (330) 463-3661 | E-Mail pbautista@taftlaw.com |
| E-Mail hdesaussure@day-ketterer.com | |
|       kmoore@day-ketterer.com | |

*Attorneys for Plaintiff Accelerated Analytics, LLC*

1

*<u>OF COUNSEL</u>*
Christopher R. Kinkade\*
FOX ROTHSCHILD LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Telephone (609) 844-3023
Facsimile (609) 896-1469
E-Mail CKinkade@foxrothschild.com

\*moving for admission pro hac vice

*Attorneys for Defendant Askuity, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ACCELERATED ANALYTICS, LLC.** ) | CASE NO. 5:15-CV-01565-JRA |
| ) | |
| **Plaintiff,** ) | |
| ) | JUDGE JOHN R. ADAMS |
| v. ) | |
| ) | |
| **ASKUITY, INC.** ) | MEMORANDUM IN SUPPORT OF |
| ) | JOINT MOTION TO SET A |
| **Defendant.** ) | NOVEMBER 5, 2015 DATE FOR THE |
| ) | FILING OF DEFENDANT'S RESPONSE |
| ) | TO COMPLAINT |

Plaintiff Accelerated Analytics, LLC ("Plaintiff") and Defendant Askuity, Inc. ("Defendant")(Defendant and Plaintiff collectively, the "Parties") are currently discussing a resolution of this matter.[1] In order to facilitate settlement discussions, the Parties have agreed to, and are moving for, a **November 5, 2015** due date upon which Defendant must file its response to Plaintiff's Complaint.  This date is the same one upon which Defendant's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction is due, and is being sought in order to avoid Defendant having to expend resources that could impact a resolution of the lawsuit.

Because the Parties are seeking the November 5, 2015 date in order to facilitate on-going settlement discussions, the Parties' Joint Motion is being filed with good cause and is not being filed to unduly delay this matter.

---

[1] Plaintiff indicated that it had perfected service of the Complaint on Defendant. Defendant also had returned a waiver of service to Plaintiff.  In an effort to address any confusion on the due date for the response to the Complaint, the Parties have now agreed to the requested **November 5, 2015** due date.

Respectfully submitted,

/s/: Kristen S. Moore
Hamilton DeSaussure Jr. (0023516)
Kristen S. Moore (0084050)
DAY KETTERER LTD.
581 Boston Mills Road, Suite 400
Hudson, Ohio 44236
Telephone (330) 650-6608
Facsimile (330) 463-3661
E-Mail hdesaussure@day-ketterer.com
         kmoore@day-ketterer.com

*Attorneys for Plaintiff Accelerated Analytics, LLC*

/s/: Philip R. Bautista
Philip R. Bautista (0073272)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone (216) 241-2838
Facsimile (216) 241-3707
E-Mail pbautista@taftlaw.com

*OF COUNSEL*
Christopher R. Kinkade*
FOX ROTHSCHILD LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Telephone (609) 844-3023
Facsimile (609) 896-1469
E-Mail CKinkade@foxrothschild.com

*moving for admission pro hac vice

*Attorneys for Defendant Askuity, Inc.*

## CERTIFICATE OF SERVICE

On October 15, 2015, the foregoing Joint Motion And Memorandum In Support was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's system.

/s/: Philip R. Bautista
Philip R. Bautista

*Attorney for Defendant Askuity,Inc.*

13754886.1